AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plantiff,
   V.
HECTOR LOPEZ GOMEZ,
        Defendant.

**APPEARANCE**

Case Number: 08MJ2476

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HECTOR LOPEZ GOMEZ

I certify that I am admitted to practice in this court. PRO HAC VICE.

| 8/12/2008 | /s/ LINDA LOPEZ |
|---|---|
| Date | Signature |

| Linda Lopez/ Federal Defenders of SD | 177301 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 12, 2008                                             /s/ Linda Lopez
                                                                   LINDA LOPEZ
                                                                   Federal Defenders of San Diego, Inc.
                                                                   225 Broadway, Suite 900
                                                                   San Diego, CA 92101-5030
                                                                   (619) 234-8467  (tel)
                                                                   (619) 687-2666  (fax)
                                                                   e-mail: Linda_Lopez@fd.org