UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> *Hector Lopez-Gomez* <br> Defendant(s) | CRIMINAL NO. 08MJ2476 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / (Order of Court)).

*Ignacio Macias-Martinez*

DATED: 8/21/08

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
       DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____ (Y. Madueño)
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-561-774/70062